UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA M. HAMMOND-WILLIAMS, *et al.*,

                    Plaintiffs,

             v.

AARON FUCHS, *et al.*,

                    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-24-21

21-CV-1121 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Aaron Fuchs, Tuff City Records, TuftAmerica, Inc., Swing Beats Songs BMI, Funky Delicacies Records, and Tuft-N-Rumble Management. Plaintiffs are directed to serve a summons and the complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs, together with an information package.

SO ORDERED.

Dated:    February 24, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge