| | |
|---|---|
| UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: <br> DATE FILED: |

SABRINA M. HAMMOND WILLIAMS, *on behalf of Roy C. Hammond, deceased,* and HENRY I. CISCO,

                Plaintiffs,

v.

AARON FUCHS, *et al.*,

                Defendants.

21-CV-1121 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 5, 2021, the Court ordered Plaintiff Sabrina Hammond Williams to show cause why she should be allowed to proceed *pro se* with this action on behalf of her deceased father, Roy Hammond. Dkt. 20. As the Court explained in that order, "an administratrix or executrix of an estate may not proceed *pro se* when the estate has beneficiaries or creditors other than the litigant," *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997), because "the personal interests of the estate, other survivors, and possible creditors . . . will be affected by the outcome of the proceedings," *Iannaccone v. Law*, 142 F.3d 553, 559 (2d Cir. 1998). But where the estate has no other beneficiaries or creditors, then the administrator and sole beneficiary may appear pro se on behalf of the estate "[b]ecause the administrator is the only party affected by the disposition of the suit." *Guest v. Hansen*, 603 F.3d 15, 21 (2d Cir. 2010); *Pappas v. Philip Morris, Inc.*, 915 F.3d 889, 897 (2d Cir. 2019).

On April 26, 2021, Hammond Williams filed a motion for leave to file an amended complaint. Dkt. 23. She seeks to remove Mr. Cisco as a plaintiff in this action and replace him with Mrs. Eddie Hammond, her mother. She has also proffered evidence that she and her mother are the sole beneficiaries of Roy Hammond's estate. Dkt. 29.

The proposed amendment to the complaint would likely resolve any problem with her proceeding *pro se* on her father's behalf.  If Defendants disagree, or otherwise wish to be heard on this issue, they may do so in a letter to the Court, which they must submit no later than May 7, 2021.  The Court will address Hammond Williams's motion to amend the complaint following receipt and consideration of Defendants' letter.

The Court would also like to remind Hammond Williams that free legal assistance may be available to her through the New York Legal Assistance Group ("NYLAG"), which is an independent free legal clinic.   She can reach NYLAG by calling (212) 613-500 or emailing info@nylag.org

SO ORDERED.

Dated:     April 29, 2021
           New York, New York

                                              _____
                                              RONNIE ABRAMS
                                              United States District Judge