UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF ROY C. HAMMOND, | |
| Plaintiff, | |
| v. | No. 21-CV-1121 (RA) |
| AARON FUCHS (D/B/A TUFF CITY RECORDS); TUFAMERICA, INC. (D/B/A SWING BEATS SONGS); and FUNKY DELICACIES RECORDS, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Defendants' motion to dismiss the complaint. For reasons that will be articulated at a conference on August 15, 2022 at 11:00 a.m., the motion is granted in part and denied in part. If the proposed time is inconvenient for the parties, the parties are directed to meet and confer before suggesting alternative time slots to the Court. Unless the parties request otherwise, the conference will be held via telephone. The parties may dial into the conference using the following information: Call-In Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 47.

SO ORDERED.

Dated:   August 11, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge