

**PARTNERS**
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.

August 12, 2022

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**RE: Estate of Roy C. Hammond v. Aaron Fuchs et al. (No. 21-cv-1121-RA-DCF)**

Dear Judge Abrams:

  In response to the Court's Order dated August 11, 2022 (Doc. No. 53), the Parties have met and conferred with respect to scheduling. As I will be traveling most of the day on August 15, 2022, that date and time (11am) will not be possible for me to attend the teleconference; however, August 22, 2022, at any time after 11am works well for the Parties. So also does August 23rd and August 24th (both dates after 1pm), and <u>anytime</u> on either the 25th or the 26th.

  If further dates beyond those dates are needed, please let the Parties know.

Respectfully submitted,

*Phillip C. Hamilton*

Phillip C. Hamilton, Esq.

Application granted.

The conference is hereby adjourned to August 17, 2022 at 10:00 a.m. The dial-in information remains the same: Call-In Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/12/22

---