UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF ROY C. HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>AARON FUCHS (D/B/A TUFF CITY RECORDS); TUFAMERICA, INC. (D/B/A SWING BEATS SONGS); and FUNKY DELICACIES RECORDS,<br><br>Defendants. | No. 21-CV-1121 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at yesterday's conference, Defendants' motion to dismiss is granted in part and denied in part. Specifically, the breach of contract claim survives, while the copyright infringement claim is dismissed without prejudice. The parties are directed to, within two weeks of the date of this order, file a proposed case management plan and scheduling order on the docket. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    August 18, 2022
             New York, New York

                                                                    Ronnie Abrams
                                                                  United States District Judge