UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA M. HAMMOND-WILLIAMS, *on behalf of Roy C. Hammond, deacased*; HENRY I. CISCO; and THE ESTATE OF ROY C. HAMMOND, *by and through his Administrator and personal Representative Eddie B. Hammond*,

　　　　　　　　　Plaintiffs,

v.

AARON FUCKS, *President of Tuff City Records d/b/a Tuff City Records*; TUFF CITY RECORDS; TUFAMERICA, INC.; FUNKY DELICACIES RECORDS; TUFF-N-RUMBLE MANAGEMENT; SWING BEATS SONG BMI; and TUFAMERICA, INC., *d/b/a Swing Beats Songs*,

　　　　　　　　　Defendants.

21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

　　On March 13, 2023, the Court held a post-fact discovery conference in this action. At that conference, the Court requested that the parties file an amended case management plan, updating their requested dates for the conclusion of discovery. As of today's date, no amended case management plan has yet been filed. The parties shall file one no later than May 15, 2023.

SO ORDERED.

Dated:　　May 8, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　United States District Judge