UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SABRINA M. HAMMOND-WILLIAMS, on
behalf of Roy C. Hammond, deceased;
HENRY I. CISCO; and THE ESTATE OF
ROY C. HAMMOND, by and through his
Administrator and Personal Representative
Eddie B. Hammond,

                        Plaintiffs,

         -against-

AARON FUCHS, President of Tuff City
Records d/b/a Tuff City Records; TUFF CITY
RECORDS; TUFAMERICA, INC.; FUNKY
DELICACIES RECORDS; TUFF-NRUMBLE MANAGEMENT; SWING
BEATS SONG BMI; and TUFAMERICA,
INC., d/b/a Swing Beats Songs,

                        Defendants.
------------------------------------------------------------------X

21-CV-01121 (RA) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the conference held on October 30, 2023, fact discovery is reopened for the limited purpose discussed in the conference. Fact discovery must be completed by **November 30, 2023**.

      Defendants' counsel is directed to give the Court a status update by **November 6, 2023**.

      SO ORDERED.

DATED:    New York, New York
              October 30, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge