UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA M. HAMMOND-WILLIAMS, *on behalf of Roy C. Hammond, deceased*, HENRY I. CISCO, and THE ESTATE OF ROY C. HAMMOND, *by and through his Administrator and Personal Representative Eddie B. Hammond*,

                Plaintiffs,

                v.

AARON FUCHS, *President of Tuff City Records d/b/a Tuff City Records*, TUFF CITY RECORDS, TUFAMERICA, INC., FUNKY DELICACIES RECORDS, TUFF-N-RUMBLE MANAGEMENT, SWING BEATS SONG BMI, TUFAMERICA, INC. *d/b/a Swing Beats Songs*,

                Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of Judge Figueredo's grant of an extension of time to complete fact discovery until November 30, 2023, *see* Dkt. 95, a telephone conference is hereby scheduled for December 5, 2023, at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

No later than one week in advance of the conference, the parties shall submit a joint status letter to the Court, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    November 16, 2023
             New York, New York

_____
Ronnie Abrams
United States District Judge