UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA M. HAMMOND-WILLIAMS, *on behalf of Roy C. Hammond, deceased*, HENRY I. CISCO, and THE ESTATE OF ROY C. HAMMOND, *by and through his Administrator and Personal Representative Eddie B. Hammond*,

Plaintiffs,

v.

AARON FUCHS, *President of Tuff City Records d/b/a Tuff City Records*, TUFF CITY RECORDS, TUFAMERICA, INC., FUNKY DELICACIES RECORDS, TUFF-N-RUMBLE MANAGEMENT, SWING BEATS SONG BMI, TUFAMERICA, INC. *d/b/a Swing Beats Songs*,

Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the conference scheduled for December 6, 2023, before Judge Figueredo, *see* Dkt. 101, the telephone conference scheduled for December 5, 2023, at 11:00 a.m. is hereby adjourned. The parties shall promptly advise the Court once discovery has been completed.

SO ORDERED.

Dated:   December 4, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge