UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SABRINA M. HAMMOND-WILLIAMS, on
behalf of Roy C. Hammond, deceased;
HENRY I. CISCO; and THE ESTATE OF
ROY C. HAMMOND, by and through his
Administrator and Personal Representative
Eddie B. Hammond,

                          Plaintiffs,

             -against-

AARON FUCHS, President of Tuff City
Records d/b/a Tuff City Records; TUFF CITY
RECORDS; TUFAMERICA, INC.; FUNKY
DELICACIES RECORDS; TUFF-NRUMBLE MANAGEMENT; SWING
BEATS SONG BMI; and TUFAMERICA,
INC., d/b/a Swing Beats Songs,

                          Defendants.
------------------------------------------------------------------X

**21-CV-01121 (RA) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Pursuant to the conference held on December 6, 2024, Plaintiffs' counsel is to provide the Court with a schedule for reopening discovery by **December 8, 2023**.

       Defendants' counsel is directed to give the Court a status update on **December 13, 2023**, as to the status of discovery from 2015 to 2018.

       SO ORDERED.

DATED:    New York, New York
                 December 6, 2023

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge