**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE ESTATE OF ROY C. HAMMOND,

                              **21-CV-01121 (RA) (VF)**

                 Plaintiff,

                              **ORDER**

      -against-

AARON FUCHS, et al.,

                 Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the order at ECF No. 116, the parties were directed to file a joint status update by September 20, 2024. The parties have not filed a status update.

      The parties are directed file a status update by **October 18, 2024**, as to the progress of discovery.

      **SO ORDERED.**

DATED:    New York, New York
               October 9, 2024

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge