UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF ROY C. HAMMOND,

        Plaintiff,

v.

AARON FUCHS d/b/a Tuff City Records, TUFAMERICA INC. d/b/a Swing Beats Songs and FUNKY DELICACIES RECORDS,

        Defendants,

v.

SABRINA HAMMOND a/k/a Sabrina Mone Hammond-Williams a/k/a Sabrina M. Hammond-Williams, EDDIE B. HAMMOND, HENRY I. CISCO, CAROLINA RECORDS DISTRIBUTORS LLC, JOHNSON AND HAMMOND MUSIC BMI, THE LATE ROY C. HAMMOND SONGS AND MUSIC and ALAGA RECORDS,

        Third-Party Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 19, 2025, the Court issued an opinion granting Plaintiff's motion for partial summary judgment and granting in part Defendants' motion for summary judgment as to Funky Delicacies Records. No later than October 3, 2025, the parties shall file a joint letter proposing trial dates for the surviving claims and advising how long they anticipate trial will last. If the parties seek assistance in exploring settlement, they shall also state whether they would like the Court to make a referral to Magistrate Judge Figueredo for a settlement conference or to the Court-annexed mediation program.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

_____
Ronnie Abrams
United States District Judge