UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF ROY C. HAMMOND,

        Plaintiff/Counterclaim Defendant,

v.

AARON FUCHS d/b/a Tuff City Records, TUFAMERICA INC. d/b/a Swing Beats Songs and FUNKY DELICACIES RECORDS,

        Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

v.

SABRINA HAMMOND a/k/a Sabrina Mone Hammond-Williams a/k/a Sabrina M. Hammond-Williams; EDDIE B. HAMMOND; HENRY I. CISCO; CAROLINA RECORD DISTRIBUTORS LLC; JOHNSON AND HAMMOND MUSIC BMI, THE LATE ROY C. HAMMOND SONGS AND MUSIC and ALAGA RECORDS,

        Third-Party Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the parties' joint letter. Trial in this matter will begin on February 17, 2026. Consistent with Rule 6 of this Court's Individual Rules & Practices in Civil Cases, the parties shall file all pre-trial submissions, including a joint pretrial order, proposed jury instructions, voir dire questions and verdict form, as well as any motions *in limine,* by January 29, 2026. Any oppositions shall be due by February 7, 2026. A final pretrial conference will be held on February 12, 2026 at 2:30 p.m.

SO ORDERED.

Dated:     October 20, 2025
               New York, New York

_____
Hon. Ronnie Abrams
United States District Judge