UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF ROY C. HAMMOND,

                    Plaintiff/Counterclaim
                    Defendant,

        v.

AARON FUCHS d/b/a Tuff City Records,
TUFAMERICA INC. d/b/a Swing Beats Songs
and FUNKY DELICACIES RECORDS,

                    Defendants/Counterclaim Plaintiffs/Third-Party
                    Plaintiffs,

        v.

SABRINA HAMMOND a/k/a Sabrina Mone
Hammond-Williams a/k/a Sabrina M. Hammond-
Williams; EDDIE B. HAMMOND; HENRY I.
CISCO; CAROLINA RECORD DISTRIBUTORS
LLC; JOHNSON AND HAMMOND MUSIC
BMI, THE LATE ROY C. HAMMOND SONGS
AND MUSIC and ALAGA RECORDS,

                    Third-Party
                    Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the final pretrial conference will be held on February 11, 2026 at 2:00 p.m., and trial will begin on February 18, 2026.

SO ORDERED.

Dated:      December 15, 2025
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge