UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF ROY C. HAMMOND,

          Plaintiff/Counterclaim
          Defendant,

          v.

AARON FUCHS d/b/a Tuff City Records,
TUFAMERICA INC. d/b/a Swing Beats Songs and
FUNKY DELICACIES RECORDS,

          Defendants/Counterclaim      No. 21-cv-1121 (RA)
          Plaintiffs/Third-Party
          Plaintiffs,                ORDER

          v.

SABRINA HAMMOND a/k/a Sabrina Mone Hammond-
Williams a/k/a Sabrina M. Hammond-Williams; EDDIE
B. HAMMOND; HENRY I. CISCO; CAROLINA
RECORD DISTRIBUTORS LLC; JOHNSON AND
HAMMOND MUSIC BMI, THE LATE ROY C.
HAMMOND SONGS AND MUSIC and ALAGA
RECORDS,

          Third-Party Defendants.

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that counsel for all parties shall appear for a brief status conference on January 14, 2026 at 5:15 p.m. If this time is inconvenient for any party, they shall promptly notify the Court.

Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the

conference:  Call-in Number: 855-244-8681; Access Code: 23055424735.  This conference

line is open to the public.

SO ORDERED.

Dated:        January 12, 2026
              New York, New York

_____

Hon. Ronnie Abrams
United States District Judge