UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF ROY C. HAMMOND by and through his Administrator and Personal Representative Eddie B. Hammond,

          Plaintiff/Counterclaim Defendant,

          v.

AARON FUCHS d/b/a Tuff City Records, TUFAMERICA INC. d/b/a Swing Beats Songs and FUNKY DELICACIES RECORDS,

          Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

          v.

SABRINA HAMMOND a/k/a Sabrina Mone Hammond-Williams a/k/a Sabrina M. Hammond-Williams; EDDIE B. HAMMOND; HENRY I. CISCO; CAROLINA RECORD DISTRIBUTORS LLC; JOHNSON AND HAMMOND MUSIC BMI, THE LATE ROY C. HAMMOND SONGS AND MUSIC and ALAGA RECORDS,

          Third-Party Defendants.

No. 21-cv-1121 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, trial shall begin on February 23, 2026 at 10:00 a.m.

The final pre-rial conference will now be held on February 19, 2026 at 2:30 p.m.

SO ORDERED.

Dated:     January 30, 2026
           New York, New York

_____
Hon. Ronnie Abrams
United States District Judge