UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF ROY C. HAMMOND,

                Plaintiff/Counterclaim
                Defendant,

        v.

AARON FUCHS d/b/a Tuff City Records,
TUFAMERICA INC. d/b/a Swing Beats Songs and
FUNKY DELICACIES RECORDS,

                Defendants/Counterclaim        No. 21-CV-1121 (RA)
                Plaintiffs/Third-Party
                Plaintiffs,                        ORDER

        v.

SABRINA HAMMOND a/k/a Sabrina Mone Hammond-
Williams a/k/a Sabrina M. Hammond-Williams; EDDIE
B. HAMMOND; HENRY I. CISCO; CAROLINA
RECORD DISTRIBUTORS LLC; JOHNSON AND
HAMMOND MUSIC BMI, THE LATE ROY C.
HAMMOND SONGS AND MUSIC and ALAGA
RECORDS,

                Third-Party Defendants.

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement,

the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  The Clerk of Court is respectfully directed to close this case.

Dated:    February 21, 2026
          New York, New York

 

Ronnie Abrams
United States District Judge