**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
THE ESTATE OF ROY C. HAMMOND,

                        Plaintiff,

             -against-

AARON FUCHS, et al.,

                       Defendants.
-------------------------------------------------------------------X

**21-CV-01121 (RA) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated at the conference on April 10, 2026, Henry Cisco does not have standing to challenge the settlement agreement, and the relief he seeks is inappropriate. Thus, the various motions filed by Mr. Cisco between March 20, 2026 and April 7, 2026 are denied.

On March 26, 2026, Phillip Hamilton moved to withdraw as attorney for Mr. Cisco. See ECF No. 188. The motion to withdraw is granted given the conflict of interest of Mr. Hamilton's representation of Plaintiff.

Finally, as discussed, a conference will be held on **Wednesday, April 22, 2026 at 1:00 p.m.** The conference will take place in Courtroom 17-A, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 186-188, 193-197, 202, 203, and 205-208.

       **SO ORDERED.**

DATED:     New York, New York
            April 10, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge