**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE ESTATE OF ROY C. HAMMOND,

                            Plaintiff,

             -against-

AARON FUCHS, et al.,

                         Defendants.
-----------------------------------------------------------------X

**21-CV-01121 (RA) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons provided during the conference on April 10, 2026, there is no basis for a court-appointed independent counsel. As discussed, Mr. Cisco does not have a meritorious claim as he cannot challenge the validity of the 2001 settlement agreement. Mr. Cisco's motion at ECF No. 216 is denied. Additionally, the motion by Mr. Cisco at ECF No. 217 is frivolous. Finally, Mr. Cisco has not demonstrated a basis for relief pursuant to Federal Rule of Civil Procedure 60, as requested at ECF No. 223, as there has been no fraud on the court, misrepresentation, or misconduct by an attorney.

The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 216, 217, and 223.

 **SO ORDERED.**

DATED:     New York, New York
           April 24, 2026

                                    _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge