**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 6, 2026**

The Court understands that Glendina Hammond Martin requests that the settlement agreement be provided to her. However, if Ms. Hammond Martinwishes to obtain a copy of the settlement agreement, she must do so by requesting a copy from one of the parties to the settlement. The Clerk of Court is respectfully directed to close the gavels at ECF Nos. 266 and 267.

***UNITED STATES DISTRICT COURT***
***SOUTHERN DISTRICT OF NEW YORK***

*Case No. 21-cv-1121 (RA)*

*District Honorable Judge Ronnie Abrams*
*Thurgood Marshall United States Courthouse*
*40 Foley Square ~ Courtroom: 1506 Chambers*
*New York, New York 10007*
*212-805-0136*

*Magistrate Honorable Valerie Figueredo*
*500 Pearl Street*
*New York, New York 10007*
*212-805-0298*

***In the Matter of the Estate of Roy C. Hammond,***
*Plaintiff/Counterclaim Defendant*

***V.***

***Aaron Fuchs d/h/a Tuff City Records, TufAmerica Inc.***
***d/b/a Swing Beat Songs, Funky Delicacies Records,***
*Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,*

***V.***

***Sabrina Hammond a/k/a Sabrina Mone Hammond-Williams,***
***Eddie B. Hammond, Henry I. Cisco, Carolina Records***
***Distributors LLC,***
***Johnson and Hammond Music BMI, The Late Roy C.***
***Hammond Songs and***
***Music, and Alaga Records,***
*Third-Party Defendants.*

***MOTION FOR RECONSIDERATION OF ORDER DENIED June 12th, 2026, at 10:32 a.m. Eastern Time.***

***Now Comes the Movant,*** *Glendina Hammond Martin, as an heir-at-law with a legitimate claim and interested party, along with the additional heirs listed in the "Last Will and Testament": The Oldest Daughter, Mrs. Deborah Hammond Creech, and the Eldest Child, son, Roy Charles Hammond Jr., "Last Will and Testament," of our Father Roy C. Hammond, in the*

*above styled matter, and respectfully move this Honorable Court to reconsider its order dated June 12th, denying Movant's request for case transparency. In support of this Motion, Movant respectfully states as follows:*

1. ***Clarification of Relief Sought:*** *Movant respectfully submits that the Court's prior order misunderstood the relief requested. The order states that Movant sought to unseal the case for public access. This was not Movant's intent or request.*

2. ***Heir Status and Private Disclosure:*** *Movant is a listed heir of the decedent. Movant acknowledges and respects the need to protect confidential sensitive information from public disclosure. Movant does not seek to compromise the confidential nature of the settlement as it pertains to the general public.*

3. ***Narrow Request for Information:*** *Movant seeks limited transparency only for the legally recognized heirs of the estate, who have a direct beneficial interest in the catalog and music royalties at issue.*

4. **Proposed Safeguards:** *To protect the integrity of the settlement, Movant is fully willing to comply with strict court-ordered safeguards, including any provisions the court deems necessary to protect all parties.*

5. **Legal Necessity:** *Because the "Will" has been filed but remains un-probated, the heirs have a substantial legal interest in overseeing the estate's assets and ensuring their preservation. Without limited transparency, they cannot adequately protect their rights and interests.*

***WHEREFORE****, Movant respectfully requests that this Honorable Court vacate or amend its prior Order, clarifying that the public seal remains intact, and grant the heirs a limited, confidential right to review the settlement terms under appropriate protective restrictions.*

*Respectfully submitted,*

*Glendina H Martin*

Glendina Hammond Martin
*2522 Norris Road ~Apartment 1*
*Columbus, Georgia 31907*
*hammondglendina@yahoo.com*
*706-392-0998*

*Under the interest of the:*

*Honorable Probate Judge D. Keith Smith ~ dkeithsmith@allendalecounty.gov*
*Hamilton Clarke Law Firm LLP ~ hamiltonclarkellp.com ~ hamilton@hcllplaw.com*
*BMI royalty Company ~ estatesteam@bmi.com ~ statement@bmi.com*