**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
U.S. DISTRICT COURT
2026 OCT 30 PM 5:00
S.D. OF N.Y.

*The Estate of Roy C. Hammond v. Aaron Fuchs, et al.*
Case No. 21-CV-01121 (RA)(VF)

**LETTER-MOTION OF THIRD-PARTY DEFENDANT HENRY I. CISCO REQUESTING A FIRM BRIEFING SCHEDULE, DETERMINATION OF PENDING SANCTIONS AND FRAUD-UPON-THE-COURT MOTIONS, AND APPROPRIATE CONSEQUENCES FOR FAILURE TO RESPOND**

Dear Judge Abrams:

Third-Party Defendant Henry I. Cisco, appearing pro se, respectfully requests that the Court establish a firm deadline for Aaron Fuchs, TufAmerica, Inc., and their counsel, Hillel I. Parness, Esq., Phillip C. Hamilton, and Reyna Lubin to respond to Mr. Cisco's pending motions concerning **sanctions** and alleged **fraud upon the Court** (Dkt. 287-288).

Mr. Cisco understands from the docket and the Court's prior statements that opposing counsel have indicated 'they do not intend to respond to his filings unless ordered to do so.' Mr. Cisco further understands that the Court has declined to require responses absent such an order. The practical consequence is that his pending motions remain unresolved while no definite briefing schedule governs the next step.

Mr. Cisco respectfully submits that this 'procedural impasse' should now be resolved. He requests a defined deadline, a clear consequence for failure to comply, and a determination of the pending motions on the record and under the governing law.

RECEIVED
SDNY PRO SE OFFICE
2026 NOV -2 AM 10:48

## I. REQUEST FOR A FIRM DEADLINE

Mr. Cisco has submitted multiple filings challenging conduct that he alleges undermines the integrity of the proceedings, including alleged material alterations to a 2001 Settlement Agreement Contract and related requests for sanctions and relief concerning fraud upon the Court.

He recognizes that these allegations must be established through admissible evidence and applicable legal standards. Nevertheless, he respectfully requests that the pending motions be addressed through an 'orderly process' rather than remain unresolved because opposing counsel have elected not to submit responses voluntarily.

Accordingly, Mr. Cisco requests an order directing Fuchs, TufAmerica, and Parness as well as Phillip C. Hamilton and Reyna Lubin to file any opposition to the identified pending motions by

a date certain, preferably within fourteen *(14) days of the Court's order, or within such period as the Court considers appropriate.

## II. REQUEST TO PROCEED ON THE EXISTING RECORD IF NO RESPONSE IS FILED

Mr. Cisco does not contend that an opposing party's silence automatically proves fraud or entitles him to sanctions. He requests instead that, if the Court establishes a response deadline and the opposing parties fail to comply, the Court proceeds to consider the motions on the existing record, without further extensions absent good cause.

Federal Rule of Civil Procedure 7(b) governs requests for court orders by motion. The Southern District's Local Civil Rules and the Court's applicable practices govern motion submissions and briefing. Mr. Cisco requests that the Court specify the procedure applicable to his pending motions and determine them accordingly.

The Second Circuit has cautioned in other motion contexts that a failure to oppose does not eliminate the moving party's burden to establish entitlement to relief. See *Champion v. Artuz*, 76 F.3d 483, 486 (2d Cir. 1996). Mr. Cisco therefore requests a decision on the merits of his submissions, not an automatic finding that his allegations are true.

## III. REQUEST TO ADVANCE THE MOTION PRACTICE

Mr. Cisco respectfully requests that the Court identify the motions presently awaiting determination, establish any remaining briefing requirements, and advise whether a reply or supplemental submission is permitted.

If no opposition is filed by the deadline, Mr. Cisco requests permission to submit a concise notice identifying the expired deadline and confirming that he seeks a decision on the existing record. He does not intend to file unauthorized repetitive submissions.

This request is intended to promote efficient adjudication, reduce unnecessary procedural disputes, and bring the pending matters to a judicial determination.

## IV. RELIEF REQUESTED

For these reasons, Mr. Cisco respectfully requests that the Court:

1. Set a firm deadline for Fuchs, TufAmerica, Hillel I. Parness, Phillip C. Hamilton and Reyna Lubin to respond to the pending sanctions and fraud-upon-the-court motions identified in the docket.
2. Direct that, if no response is filed by the deadline, the Court may determine the motions on the existing record, absent good cause for additional time.

3. Clarify whether Mr. Cisco may file a reply after the response deadline expires.
4. Identify any additional submissions the Court requires before deciding the pending motions.
5. Determine the pending motions on their merits as promptly as practicable.

Mr. Cisco respectfully submits that the parties should not be permitted to leave the motion practice in indefinite suspension merely because opposing counsel have chosen not to respond voluntarily. He seeks a clear procedural order and a decision under the applicable rules, not an automatic judgment based solely on silence.

Date: October 30, 2026

Respectfully submitted,

**Henry I. Cisco**
Third-Party Defendant, Pro Se
21 Sammis Place
Hempstead, New York 11550
(631) 748-5291
ciscohenry02@gmail.com

cc: TO: Hillel I. Parness, Esq.
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016
(212) 447-5299
hip@hiplaw.com
*Attorneys for Defendants Aaron Fuchs, TufAmerica, Inc. and Funky Delicacies Record*

Phillip C. Hamilton, Esq.
Hamilton Clarke, LLP
48 Wall Street
Suite 1100
New York, New York 10005
Email: ph@hamiltonclarkellp.com

Reyna Lubin, Esq. (Eisenberg & Baum, LLP)
24 Union Square East, Suite PH
New York, New York 10003
rlubin@eandblaw.com

The Court declines to order Defendants to respond to Mr. Cisco's motions. The Court deems the motions fully briefed and will rule on the motions in due course.

SO ORDERED.

Hon. Ronnie Abrams
November 5, 2026

Henry I. Cisco
21 Stemmis Place
Hempstead, N.Y. 11550

Attn: Pro Se Clerk's
Office

USM 5W
SDNY

RECEIVED
SDNY PRO SE OFFICE
2026 NOV -2 AM 10:48