UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF ROY C. HAMMOND,

Plaintiff,

v.

AARON FUCHS, *et al.*,

Defendants,

v.

HENRY I. CISCO,

Third-Party Defendant.

21-CV-1121 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 29, 2026, Defendants advised the Court that a settlement had been reached between and among all parties except Third-Party Defendant Henry I. Cisco. *See* Dkt. 239. Following this settlement, the only claims remaining in the case were Defendants' third-party claims against Mr. Cisco. Defendants filed a letter motion seeking an order under Federal Rule of Civil Procedure 41(a)(2) permitting a voluntary dismissal without prejudice of these third-party claims against Mr. Cisco. *See* Dkt. 239. On May 11, 2026, Magistrate Judge Figueredo denied Defendants' motion, concluding that "a dismissal without prejudice at this stage would be inappropriate." *See* Dkt. 253 at 8.[1]

Defendants' third-party claims against Mr. Cisco are still pending. By no later than

[1] To the extent Defendants' motion to voluntarily dismiss their claims against Mr. Cisco without prejudice can be considered a dispositive motion, the Court agrees with Magistrate Judge Figueredo that dismissal without prejudice would be inappropriate. The Court thus ratifies and adopts Judge Figueredo's decision denying Defendants' motion to dismiss without prejudice. *See Stackhouse v. McKnight*, 168 F. App'x 464, 467 (2d Cir. 2006) (summary order) (construing a magistrate judge's order on a dispositive motion as "the equivalent of a report and recommendation subject to . . . *de novo* review").

December 7, 2026, Defendants shall inform the Court whether they intend to seek a dismissal of their claims against Mr. Cisco with prejudice or whether they intend to proceed to trial with their claims against Mr. Cisco.

SO ORDERED.

Dated: November 24, 2026
New York, New York

Ronnie Abrams
United States District Judge